IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>CARLOS and IVETTE NEGRON,<br><br>Debtors, | Bankruptcy No. 14-10463-ref<br><br>Chapter 13<br><br>Doc. No. |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. # 1-1)** filed by **Bank of America, N.A.**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

**Bank of America, N.A.** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** January 20, 2017

Dated:_____

**Date: January 6, 2017**

BY THE COURT:

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Judge