United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-10463-ref
Carlos Negron                                                       Chapter 13
Ivette Negron
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 1           Date Rcvd: Jan 06, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.
db/jdb         Carlos Negron,    Ivette Negron,    51 Sutton Place,    Easton, PA  18045-5756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:
              ANN E. SWARTZ     on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BARTON   KNOCHENMUS    on behalf of Joint Debtor Ivette   Negron knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS    on behalf of Debtor Carlos   Negron knochenmuslaw@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PETER J. ASHCROFT    on behalf of Creditor    BANK OF AMERICA, N.A. pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 14-10463-ref |
|---|---|
| CARLOS and IVETTE NEGRON, | Chapter 13 |
| Debtors, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. # 1-1)** filed by **Bank of America, N.A.**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

**Bank of America, N.A.** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** January 20, 2017

Dated:_____

**Date: January 6, 2017**

BY THE COURT:

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Judge